# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs Phillip Davis                                              Docket No. 0650 3:19CR00226

## Memo on Conditions of Pretrial Release

COMES NOW Cody Sutton, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Phillip Davis who was placed under pretrial release supervision by the Honorable Jeffery S. Frensley, U.S. Magistrate Judge sitting in the Court at Nashville, Tennessee, on September 23, 2019, under the following conditions: Please reference the attached order setting conditions of release.

### ALLEGED VIOLATION(S)

Phillip Davis recently tested positive for illegal drug use. The probation office is addressing the matter and is not recommending any further action at this time.

| Date of Drug Test | Drug Indicated on Test | Admitted Use |
|---|---|---|
| 11/15/2021 | THC | Defendant admitted use of marijuana |

The defendant:

- ☐ Has been referred for substance abuse treatment
- ☒ Continues to receive and participate in substance abuse treatment
- ☒ Will participate in an increased frequency of substance abuse treatment
- ☐ Has been placed on a formal random drug testing program
- ☒ Continues to be enrolled in a formal random drug testing program
- ☒ Will be subject to an increased frequency of random drug tests

Phillip Davis is aware if drug use persists, despite treatment and testing efforts, the Pretrial Services officer will seek further action from the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted this 18th day of November, 2021,

_____                    Approved by: _____
Cody Sutton                                                            Kim Smith
U.S. Probation Officer                                                 Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

- ☒ No further action at this time
- ☐ A hearing is set for:
  Date: _____        Time: _____
- ☐ Other:

_____                                         November 22, 2021
The Honorable William L. Campbell                                       _____
U.S. District Judge                                                     Date